UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                      CRIMINAL ACTION

VERSUS

THURMAN RAY MORRIS                                     NO.:15-00002-BAJ-EWD

RULING AND ORDER

Before the court is Defendant Thurman Ray Morris's **Motion for Jail Time Credit (Doc. 287)**. Defendant argues that he is entitled to twelve (12) months off of his current sentence. (*Id.*). For reasons explained fully herein, the Defendant's **Motion for Jail Time Credit (Doc. 287) is DENIED**.

On July 2, 2015 Defendant pled guilty to Conspiring to Distribute Narcotics and Unlawful Use of Communication Facilities. (Doc. 142). This Court sentenced Defendant to a total term of 72 months on Count 1 and 24 months on Count 14 to run concurrently. (Doc. 264). The Court at that time indicated that Defendant would be awarded twelve months for time served under docket number 11-13-149, 19th JDC, Baton Rouge, Louisiana, making his total sentence 60 months. (*Id.*).

Defendant argues that he has been denied this credit for time served. (Doc. 287). Defendant indicates that he was "informed" that he was not awarded the credit, but does not indicate how he became informed or who informed him. (*Id.* at 1-2). However, the U.S. Probation and Pretrial Services Office for the United States District Court for the Middle District of Louisiana contacted Defendant's case worker at the Bureau of Prisons to confirm the term of imprisonment. The case worker indicated that Defendant's term is in fact sixty (60) months, and that he has a

statutory release date projected for April 26, 2020. Thus, Defendant has been properly awarded his jail credit, and there is no need for this court to revisit Defendant's sentence.

Based on the foregoing,

IT IS ORDERED that the Defendant's **Motion for Jail Time Credit (Doc. 287)** is **DENIED.**

Baton Rouge, Louisiana, this 21st day of November, 2016.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2